[No. 12695-1-III.   Division Three.   January 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP JOE R., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 92-1-00162-8, Dennis D. Yule, J., entered September 4, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 13048-7-III.   Division Three.   January 12, 1995.]

JACQUELINE R. DAY, *Appellant*, v. AMERICAN STATES INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 92-2-00099-4, Ted Walter Small, Jr., J., entered February 11, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Grosse, JJ.

[No. 33292-9-I.   Division One.   January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID EARL ELLISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-03829-8, Laura Inveen, J., entered August 6, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 31658-3-I.   Division One.   January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK GREGG WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02096-0, Robert S. Lasnik, J., entered November 3, 1992. *Granted in part* and *dismissed in part* by unpublished per curiam opinion.